AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2009 SEP 10 P 1:31

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SPH America, LLC ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 1:09-CV-740 LMB/JFA |
| Acer, Inc. et al. ) | |
| Defendant ) | |

**Amended Complaint** Summons in a Civil Action

To: *(Defendant's name and address)*

Casio Computer Company, Ltd.
6-2, Hon-machi 1-chome,
Shibuya-ku,
Tokyo 151-8543, Japan

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
для
Eastern District of Virginia

| | |
|---|---|
| SPH America, LLC | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09-CV-740 LMB/JFA |
| Acer, Inc. et al. | ) |
| Defendant | ) |

**Amended Complaint** Summons in a Civil Action

To: *(Defendant's name and address)*

Casio Hitachi Mobile Communications Co., Ltd.
2-229-1 Sakuragaoka,
Higashi-Yamato City,
Tokyo, Japan

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ (COPY)

Name of Clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons


RECEIVED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2009 SEP 10 P 1:35

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

SPH America, LLC )
Plaintiff )
v. ) Civil Action No. 1:09-CV-740 LMB/JFA
Acer, Inc. et al. )
Defendant )

**Amended Complaint** Summons in a Civil Action

To: *(Defendant's name and address)*
SERVE: Registered Agent for
Fujitsu America, Inc.

C T Corporation System
350 N. Saint Paul St.
Dallas, TX 75201

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____

Deputy clerk's signature

COPY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2009 SEP 10 P 1: 38

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| SPH America, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09-CV-740 LMB/JFA |
| Acer, Inc. et al. | ) | |
| Defendant | ) | |

**Amended Complaint** Summons in a Civil Action

To: *(Defendant's name and address)*
Fujitsu Ltd.
1-5-2 Higashi-Shimbashi,
Minato-Ku, Tokyo 105-7123
Japan

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2009 SEP 10 P 1: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SPH America, LLC | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09-CV-740 LMB/JFA |
| Acer, Inc. et al. | ) |
| Defendant | ) |

**Amended Complaint**  Summons in a Civil Action

To: *(Defendant's name and address)*
SERVE: Registered Agent for
Futurewei Technologies, Inc.

HAIBO LIN
1700 ALMA DRIVE, SUITE 100
PLANO, TX 75075

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2009 SEP 10 P 1:43

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| SPH America, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09-CV-740 LMB/JFA |
| Acer, Inc. et al. | ) | |
| Defendant | ) | |

**Amended complaint** Summons in a Civil Action

To: *(Defendant's name and address)*  Huawei Technologies Co., Ltd. (Shenzen)
HQ Office Building, Huawei Industrial Base
Bantian, Longgang District
Shenzen 518129, P.R.China

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:  K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2009 SEP 10 P 1: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| SPH America, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09-CV-740 LMB/JFA |
| Acer, Inc. et al. | ) | |
| Defendant | ) | |

**Amended Complaint** Summons in a Civil Action

To: *(Defendant's name and address)*  Registered Agent for
Lenovo (United States) Inc.

SERVE: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____   [COPY]

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons


RECEIVED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2009 SEP 10 P 1: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| SPH America, LLC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09-CV-740 LMB/JFA |
| Acer, Inc. et al. | ) | |
| Defendant | ) | |

**Amended Complaint**   Summons in a Civil Action

To: *(Defendant's name and address)*   Registered Office for
Lenovo Group Limited

SERVE: 23rd Floor, Lincoln House, Taikoo Place,
979 King's Road, Quarry Bay,
Hong Kong

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____   _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2009 SEP 10 P 1: 49

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SPH America, LLC | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09-CV-740 LMB/JFA |
| Acer, Inc. et al. | ) |
| Defendant | ) |

**Amended Complaint** Summons in a Civil Action

To: *(Defendant's name and address)*
Sony Corporation
1-7-1 Konan, Minato-ku,
Tokyo, Japan

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2009 SEP 10 P 1:51

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SPH America, LLC | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09-CV-740 LMB/JFA |
| Acer, Inc. et al. | ) |
| Defendant | ) |

**Amended Complaint** Summons in a Civil Action

To: *(Defendant's name and address)*  Sony Ericsson Mobile Communications AB
Nya Vattentornet
SE-221 88 Lund
Sweden

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:  K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons



# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2009 SEP 10 P 1: 56

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

SPH America, LLC )
Plaintiff )
v. ) Civil Action No. 1:09-CV-740 LMB/JFA
Acer, Inc. et al. )
Defendant )

**Amended Complaint** Summons in a Civil Action

To: *(Defendant's name and address)*  ZTE Corporation
ZTE Plaza, Hi-Tech Road South,
Hi-Tech Industrial Park, Nanshan District,
Shenzen, China 518057

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: K. Kevin Mun
1919 Gallows Rd., Suite 330
Vienna, VA 22182
Telephone No.: (703) 496-5000
Email: kevin.mun@echelaw.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*